# Oppenheim, Samantha

| | |
|---|---|
| **From:** | Sheldon Gopstein <sg@gopsteinlaw.com> |
| **Sent:** | Wednesday, May 15, 2024 12:24 PM |
| **To:** | Tuggle, Curtis |
| **Cc:** | Hawkins, Jonathan; Andrews, Alexander; Black, Brandon; Tyler, Susan |
| **Subject:** | [EXTERNAL] Re: KeyBank v. Lakewood Pointe Apts LLC, Fredrick Schulman and Moshe Silber |

Yes, thank you.

Sent from my iPhone

> On May 15, 2024, at 10:54 AM, Tuggle, Curtis <Curtis.Tuggle@thompsonhine.com> wrote:
>
> Hi Sheldon,
>
> In terms of service of the complaint, could you please confirm that you are agreeing to accept service as counsel for each of the Defendants? Provided you accept service for each of the Defendants, we will agree that all Defendants have until June 30, 2024 to respond to the complaint. Please let us know.
>
> Best,
> Curtis
>
> **Curtis L. Tuggle | Practice Group Leader – Business Restructuring | Thompson Hine LLP**
>
> **Email:** Curtis.Tuggle@ThompsonHine.com
>
> **Cleveland**
> 3900 Key Center, 127 Public Square | Cleveland, OH 44114
> **O:** 216.566.5904 | **M:** 740.802.5011
> **F:** 216.566.5800
>
> **New York**
> 300 Madison Avenue, 27th Floor | New York, NY 10017
> **O:** 212.908.3994 | **M:** 740.802.5011
> **F:** 212.344.6101
>
> 
>
> **A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more.**
>
> **Our commitment to innovation has been recognized by leading organizations such as** *The Financial Times, American Lawyer, ABA Journal, Law360*, **Litera Microsystems and the Legal Services Index. Learn more about our commitment here.**
>
> Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

**EXHIBIT 1**



**From:** Sheldon Gopstein <sg@gopsteinlaw.com>
**Sent:** Wednesday, May 15, 2024 10:51 AM
**To:** Tuggle, Curtis <Curtis.Tuggle@thompsonhine.com>
**Subject:** Re: KeyBank v. Lakewood Pointe Apts LLC, Fredrick Schulman and Moshe Silber

**CAUTION EXTERNAL EMAIL**

All defendants please

Sent from my iPhone


> On May 15, 2024, at 10:09 AM, Tuggle, Curtis <Curtis.Tuggle@thompsonhine.com> wrote:
>
>
> Of course, Sheldon.  To be clear, you are asking for an extension for Mark Silber only, right?  I am copying our Louisiana counsel on my reply.  Brandon, would you be able to please specify the precise response date after giving the 45-day extension effect so we are all on the same page?  Thanks very much.
>
> Best,
> Curtis
>
> **Curtis L. Tuggle | Practice Group Leader – Business Restructuring | Thompson Hine LLP**
>
> **Email:** Curtis.Tuggle@ThompsonHine.com
>
> **Cleveland**
> 3900 Key Center, 127 Public Square | Cleveland, OH 44114
> **O:** 216.566.5904 | **M:** 740.802.5011
> **F:** 216.566.5800
>
> **New York**
> 300 Madison Avenue, 27th Floor | New York, NY 10017
> **O:** 212.908.3994 | **M:** 740.802.5011
> **F:** 212.344.6101
>
> <image001.png>
> **A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more.**
>
> **Our commitment to innovation has been recognized by leading organizations such as** *The Financial Times, American Lawyer*, *ABA Journal, Law360,* **Litera Microsystems and the Legal Services Index. Learn more about our commitment here.**

Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

**<image002.png>**

---

**From:** Sheldon Gopstein <sg@gopsteinlaw.com>
**Sent:** Tuesday, May 14, 2024 12:41 PM
**To:** Tuggle, Curtis <Curtis.Tuggle@thompsonhine.com>
**Subject:** KeyBank v. Lakewood Pointe Apts LLC, Fredrick Schulman and Moshe Silber

**CAUTION EXTERNAL EMAIL**
Curtis –
Can we get an extension of time to answer for 45 days.  Much appreciated.

**Sheldon Gopstein**
**Law Office of Sheldon H. Gopstein, Esq.**
**2 Park Avenue, 20th Floor**
**New York, NY 10016**
**Tel. (212)363-2400**
**Fax (212)363-3313**
sg@gopsteinlaw.com
www.gopsteinlaw.com

3