UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEYBANK NATIONAL ASSOCIATION,**<br><br>    Plaintiff,<br><br>vs.<br><br>**LAKEWOOD POINTE APTS LLC, FREDERICK SCHULMAN AND MOSHE SILBER,**<br><br>    Defendants. | **CIVIL ACTION**<br><br>**CASE NO. 2:24-CV-00850**<br><br>**JUDGE BARRY W. ASHE**<br><br>**MAGISTRATE JUDGE MICHAEL B. NORTH** |

## INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, LAKEWOOD POINTE APTS, LLC

Pursuant to the Federal Rules of Civil Procedure, KeyBank National Association requests that Defendant, Lakewood Pointe Apts LLC, answer in writing and under oath the following interrogatories, within 10 days pursuant to the *Order to Show Cause* entered by the Court on May 15, 2024 [Dkt. No. 20].

### INSTRUCTIONS AND DEFINITIONS

**A.    Instructions**

1.    When responding, furnish all information available at that time, and thereafter supplement your answers in accordance with the requirements of FRCP 26.

2.    If you object to or fail to answer any request, state the grounds therefor and the authority you rely upon.

3.    If you assert any privilege in response to a request, state the basis and authority for the claimed privilege. If the claim of privilege extends to a document, identify the document by: (i) type, (ii) date; (iii) author; (iv) recipient(s); and, (v) general subject matter.

#102315462v1

**EXHIBIT 2**

**B.     Definitions.**

1.     The term "document" means the original and all non-identical copies (whether different from the original because of notes made on such copies or otherwise) of all written, printed, typed, recorded or graphic materials however produced, reproduced or maintained in your actual or constructive possession, custody, or control.  The term "document" shall include, but not be limited to writings, whether handwritten or typed; graphs, charts, and other data compilations; analyses, correspondence, memoranda, notes, progress reports, requests for information, summaries, transmittals, and inter- or intra-office communications to, between, or among officers, directors, agents, or employees; diary entries, calendars, bulletins, newsletters, announcements, catalogs, manuals, procedures, guidelines, and handbooks; audio and computer tapes, records, discs, and other similar materials; telegrams; partial or complete reports on or transcription of telephone or other conversations; schedules, schedule-related reports, analyses, or forecasts, and any amendments thereto; meeting minutes; claims for equitable adjustment to any contract or subcontract and any amendments thereto; and, all other records or information of every kind, regardless of their author or origin.

2.     "Identify" shall mean:

(a)     With regard to an **individual**, the full name and state of citizenship of that individual;

(b)     With regard to a **corporation**, the full name, address, state of incorporation, and state of principal place of business of that entity; and

(c)     With regard to a **limited liability company** or a **partnership**, the following information:

(i) The name and state of citizenship of every member or partner of the limited liability company or partnership;

(ii) If any member or partner identified in response to Definition 2(c)(i) is itself a partnership, limited liability company, corporation or other form of entity, the state of citizenship of such member or partner must be fully identified as set forth in this definition; and

(iii) the identities and states of citizenship must be traced and identified through however many layers of members or partners may exist, until the last identified party is a person/individual or a corporation, and neither a limited liability company nor a partnership.[1]

## INTERROGATORIES AND REQUESTS FOR PRODUCTION

**INTERROGATORY NO. 1:**

Identify all members and managers of Lakewood Pointe Apts LLC as of April 4, 2024, and their states of citizenship.

**RESPONSE:**


**INTERROGATORY NO. 2:**

With regard to the members and managers identified in response to Interrogatory No. 1:

(a) identify each listed individual in accordance with Definition 2(a);

(b) identify each listed corporation in accordance with Definition 2(b);

(c) identify each listed limited liability company or partnership in accordance with

---

[1] *See Cavender Enter. Leasing Family, LLC v. First States Investors 4200 LLC*, 2011 U.S. Dist. LEXIS 92968 (W.D. La. 7/21/11); *Tendler v. Hobby Lobby Stores, Inc.*, 2017 U.S. Dist. LEXIS 26061 (M.D. La. 2/24/17); and *Thornhill v. Alexandria Mall Co.*, 2009 U.S. Dist. LEXIS 50149 (W.D. La. 6/8/09).

Definition 2(c).

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 1:**

Produce all documents pertaining to the formation of Lakewood Pointe Apts LLC, including any modifications or amendments thereto.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 2:**

Produce all documents pertaining to the identity and state citizenship of all members and managers of Lakewood Pointe Apts LLC.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:**

Produce all documents pertaining to the identity and state citizenship of all persons or entities identified in response to Interrogatory No. 2(a)-(c).

**RESPONSE:**

Respectfully submitted,

**JONES WALKER LLP**

*s/ Brandon K. Black*
**Brandon K. Black (#24298)**
**Susan M. Tyler (#18034)**
**Lauren F. Morrison (#40775)**
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170
Telephone: (225) 248-2128
Fax: (225) 248-2138
bblack@joneswalker.com
styler@joneswalker.com
lmorrison@joneswalker.com
*Attorneys for KeyBank National Association*

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document this 17th day of May, 2024 as follows:

Lakewood Pointe Apts LLC through counsel Sheldon Gopstein by email at sg@gopsteinlaw.com

By Process Server:

| | |
|---|---|
| Moshe Silber | Frederick Schulman |
| 41 Powder Horn Drive | 75 E. Long Hill Road |
| Suffern, NY  10901-2426 | Briarcliff Manor, NY  10510 |

Lakewood Ponte Apts, LLC
Through its Registered Agent
VCORP Agent Services, Inc.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, LA  70816

*s/ Brandon K. Black*
Brandon K. Black