**Oppenheim, Samantha**

| | |
|---|---|
| **From:** | Black, Brandon |
| **Sent:** | Friday, May 17, 2024 3:25 PM |
| **To:** | Sheldon Gopstein |
| **Cc:** | Tyler, Susan; Curtis L. Tuggle - Thompson Hine LLP (Curtis.Tuggle@ThompsonHine.com); Hawkins, Jonathan; Andrews, Alexander; Oppenheim, Samantha |
| **Subject:** | RE: KeyBank National Association v. Lakewood Pointe Apts, LLC, Case No. 24-CV-00850, United States District Court for the Eastern District of Louisiana |
| **Attachments:** | 2024-05-17 Declaration [dckt 21_0].pdf |

Dear Sheldon:

Please see declaration of service on Lakewood Apts of the jurisdictional discovery requests. Lakewood Apts was served today.

By order of the court, response to the discovery requests is due May 27, 2024.

b

**Brandon K. Black** | Partner
Jones Walker LLP
D: 225.248.2128
bblack@joneswalker.com

---

**From:** Black, Brandon
**Sent:** Friday, May 17, 2024 10:28 AM
**To:** Sheldon Gopstein <sg@gopsteinlaw.com>
**Cc:** Tyler, Susan <styler@joneswalker.com>; Curtis L. Tuggle - Thompson Hine LLP (Curtis.Tuggle@ThompsonHine.com) <Curtis.Tuggle@thompsonhine.com>; Hawkins, Jonathan <Jonathan.Hawkins@thompsonhine.com>; Andrews, Alexander <Alexander.Andrews@thompsonhine.com>
**Subject:** RE: KeyBank National Association v. Lakewood Pointe Apts, LLC, Case No. 24-CV-00850, United States District Court for the Eastern District of Louisiana

Dear Sheldon:

At your request, attached are the following:

1. Order to Show Cause
2. Ex Parte Motion for Writ of Sequestration (and exhibits)
3. Ex Parte Motion to Appoint a Keeper (and exhibits)

We are available to discuss at your convenience.

b

**Brandon K. Black** | Partner
Jones Walker LLP
D: 225.248.2128

**EXHIBIT 3**

bblack@joneswalker.com

---

**From:** Sheldon Gopstein <sg@gopsteinlaw.com>
**Sent:** Friday, May 17, 2024 10:11 AM
**To:** Black, Brandon <bblack@joneswalker.com>
**Cc:** Tyler, Susan <styler@joneswalker.com>; Curtis L. Tuggle - Thompson Hine LLP (Curtis.Tuggle@ThompsonHine.com) <Curtis.Tuggle@thompsonhine.com>; Hawkins, Jonathan <Jonathan.Hawkins@thompsonhine.com>; Andrews, Alexander <Alexander.Andrews@thompsonhine.com>
**Subject:** [EXTERNAL] Re: KeyBank National Association v. Lakewood Pointe Apts, LLC, Case No. 24-CV-00850, United States District Court for the Eastern District of Louisiana

Brandon -
I requested and was granted an extension of time to appear and answer on behalf of all defendants. However, I will not be representing these defendants. We are in the process of retaining local counsel to handle this case. We will let you know as soon as counsel has been retained. Please let me know if you have any further questions. Thank you.

Sent from my iPhone

> On May 17, 2024, at 9:27 AM, Black, Brandon <bblack@joneswalker.com> wrote:
>
> Dear Sheldon:
>
> I represent KeyBank National Association ("KeyBank" in the referenced matter.
>
> On May 16, 2024, the Court filed in the record the attached order to show cause requiring KeyBank to conduct jurisdictional discovery. The order states "[a]n entity or person served with such a discovery request shall respond to it within 10 days of service."
>
> It is my understanding that you represent the defendants in this case, namely Lakewood Pointe Apts, LLC, Frederick Schulman and Moshe Silber. In that regard, please acknowledge that you accept this email as service of the attached discovery requests related to jurisdictional discovery.
>
> If you do not accept service as to one or more defendants, please identify which defendants you are accepting service on behalf of.
>
> I am available to discuss at your convenience.
>
> b
>
> **Brandon K. Black**
> Partner
> D: 225.248.2128
> bblack@joneswalker.com
>
>
>
> Jones Walker LLP
> 445 North Blvd, Ste 800
> Baton Rouge, LA 70802
> **joneswalker.com**