**Oppenheim, Samantha**

| | |
|---|---|
| **From:** | Tuggle, Curtis <Curtis.Tuggle@thompsonhine.com> |
| **Sent:** | Tuesday, June 11, 2024 11:14 AM |
| **To:** | Stein, Mark |
| **Cc:** | Marsiglia, Gregory; Black, Brandon; Tyler, Susan; Oppenheim, Samantha |
| **Subject:** | [EXTERNAL] RE: Lakewood Pointe |
| **Attachments:** | FW: KeyBank National Association v. Lakewood Pointe Apts, LLC, Case No. 24-CV-00850, United States District Court for the Eastern District of Louisiana |

Thanks, Mark. It was nice to speak with you and Greg. We understand that you are representing all defendants and appreciate the commitment Sheldon Gopstein made to you that your clients will respond to the discovery requests. We understand that you hope to provide meaningful responses to those requests by this Friday or next Monday. For your convenience, an email with the discovery requests is attached.

As discussed, given the urgency of the situation and the fact that you have not yet spoken directly with your clients or received information from them, we will be moving forward with the motion to compel to protect the July 26th hearing date.

Please let us know if you have any questions.

Best,
Curtis

**Curtis L. Tuggle | Practice Group Leader – Business Restructuring | Thompson Hine LLP**

**Email:** Curtis.Tuggle@ThompsonHine.com

**Cleveland**
3900 Key Center, 127 Public Square | Cleveland, OH 44114
**O:** 216.566.5904 | **M:** 740.802.5011
**F:** 216.566.5800

**New York**
300 Madison Avenue, 27th Floor | New York, NY 10017
**O:** 212.908.3994 | **M:** 740.802.5011
**F:** 212.344.6101



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more.**

**Our commitment to innovation has been recognized by leading organizations such as *The Financial Times, American Lawyer, ABA Journal, Law360*, Litera Microsystems and the Legal Services Index. Learn more about our commitment here.**

Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.



**EXHIBIT 7**

**From:** Stein, Mark <mstein@lowestein.com>
**Sent:** Tuesday, June 11, 2024 11:47 AM
**To:** Tuggle, Curtis <Curtis.Tuggle@thompsonhine.com>
**Cc:** Marsiglia, Gregory <gmarsiglia@lowestein.com>
**Subject:** Lakewood Pointe

**CAUTION EXTERNAL EMAIL**

This is our contact information

Greg's direct number is 504 589 0247

# MARK S. STEIN
ATTORNEY *

[LOWE STEIN, LLC](#)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Direct dial- 504-589-0213
Direct Facsimile: 504-589-0233
Email: [mstein@lowestein.com](mailto:mstein@lowestein.com)
[www.lowestein.com](http://www.lowestein.com)

*LLM (IN TAXATION)
BOARD CERTIFIED TAX ATTORNEY

**Service**: This email address is expressly designated for receipt of electronic service pursuant to La. C.C.P. art. 1313(A)(4). All pleadings or other documents served via electronic means should be sent to [mstein@lowestein.com](mailto:mstein@lowestein.com).

The information contained in this electronic message may contain attorney-client privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient of this e-mail message you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify the sender by return e-mail; and by telephone at 504-581-2450.

IRS Circular 230 Disclaimer: Pursuant to Treasury guidelines, any tax advice contained in this communication (or any attachment) does not constitute a formal opinion. Accordingly, any tax advice contained in this communication (or any attachment) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.