UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEYBANK NATIONAL ASSOCIATION,** | CIVIL ACTION NO. 24-850 |
| Plaintiff, | SECTION M(5) |
| vs. | JUDGE BARRY W. ASHE |
| **LAKEWOOD POINTE APTS LLC, FREDRICK SCHULMAN AND MOSHE SILBER,** | MAGISTRATE JUDGE MICHAEL B. NORTH |
| Defendants. | |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

KeyBank National Association ("**KeyBank**" or "**Plaintiff**") respectfully submits this memorandum in support of its *Motion for Leave to File First Amended Complaint*. Pursuant to Federal Rule of Civil Procedure 15(a)(2) and 28 U.S.C. § 1653, KeyBank seeks leave to file its First Amended Complaint in order to: (1) amend the jurisdictional allegations of its Complaint; and (2) add an allegation regarding events occurring after the Complaint was filed.

### Relevant Background

KeyBank commenced this foreclosure action on April 4, 2024 by filing a Complaint against Lakewood Pointe Apts LLC ("**Lakewood**"), Fredrick Schulman, and Moshe Silber. [R. Doc. 1].

KeyBank effected personal service of the Complaint upon Lakewood on April 9, 2024 [R. Doc. 9] and Fredrick Schulman on April 24, 2024 [R. Doc. 17]. Although attempts to personally serve Moshe Silber were unsuccessful [R. Docs. 14 & 22], by email dated May 15, 2024, attorney Sheldon Gopstein (not barred in Louisiana or admitted to practice in the Eastern District of Louisiana) agreed to accept service of the Complaint on behalf of each defendant. [R. Doc. 37-2].

#102443219v1

Also on May 15, 2024, the Court entered an Order to Show Cause that granted KeyBank "leave to conduct jurisdictional discovery to determine the citizenship of Lakewood and its members." [R. Doc. 20, p. 1]. The Order to Show Cause also directed KeyBank, upon completing such discovery, to file "(1) a paper acknowledging that there is no diversity jurisdiction, or (2) a motion for leave, pursuant to 28 U.S.C. § 1653, to amend the jurisdictional allegations of the complaint to adequately allege diversity subject-matter jurisdiction, including specifically the citizenship of itself (KeyBank) as well as Lakewood." [*Id.*].

On May 17, 2024, KeyBank served jurisdictional discovery requests consisting of two interrogatories and three requests for production, as well as a copy of the Order to Show Cause, upon Lakewood by personal service [R. Doc. 21] and by email to attorney Sheldon Gopstein. Pursuant to the Order to Show Cause, Lakewood's responses to the discovery requests were due on May 27, 2024—10 days after service. [R. Doc. 20, p. 3].

On June 11, 2024, due to Lakewood's failure to provide any answers, responses, or objections to the requests, KeyBank moved to compel KeyBank's jurisdictional responses. [R. Doc. 37]. Meanwhile, on June 28, 2024, attorney Sheldon Gopstein provided co-counsel for KeyBank with two documents: (i) *Second Amended and Restated Operating Agreement of Lakewood Pointe Apts LLC*, effective as of May 9, 2023; and (ii) *Limited Liability Company Agreement of NBA New Orleans Holdings LLC*, effective as of May 26, 2020. These documents demonstrate that: (i) Lakewood has only two members—NBA New Orleans Holdings LLC ("**NBA**") and Mark Silber; and (ii) NBA likewise has only two members—Fredrick Schulman and Mark Silber. Because these documents establish that diversity jurisdiction exists, KeyBank

recently withdrew its motion to compel[1] and now moves for leave to amend the jurisdictional allegations of the Complaint.

## Law and Argument

Federal Rule of Civil Procedure 15(a) allows a party to amend a pleading "once as a matter of course" within 21 days after serving the pleading or, if the pleading requires a responsive pleading, 21 days after service of a responsive pleading or 21 days after service of a Rule 12(b), (e), or (f) motion, whichever is earlier. Fed. R. Civ. P. 15(a)(1). Otherwise, a party may amend a pleading only with the Court's leave or with the opposing party's written consent. *Id.* 15(a)(2). Leave to amend should be "freely" given "when justice so requires." *Id.* Additionally, 28 U.S.C. § 1653 provides: "Defective allegations of jurisdiction may be amended, upon terms, in the trial or appellate courts." The Fifth Circuit has "repeatedly noted that § 1653 is to be broadly construed to avoid dismissals of actions on purely 'technical' or 'formal' grounds." *Whitmire v. Victus Ltd.*, 212 F.3d 885, 887 (5th Cir. 2000) (citing *Miller v. Stanmore*, 636 F.2d 986, 990 (5th Cir. 1981)).

Here, more than 21 days has elapsed since KeyBank served each defendant with the Complaint, and no responsive pleading or Rule 12 motion has been filed. Because none of the criteria warranting amendment as a matter of right is present, KeyBank moves for leave, pursuant to Rule 15(a)(2) and 28 U.S.C. § 1653, to file its First Amended Complaint. In particular, KeyBank seeks to amend the jurisdictional allegations of the Complaint to specifically allege the citizenship of Lakewood's members and to include further allegations regarding KeyBank's own citizenship. In addition, KeyBank seeks to add an allegation regarding events occurring in a criminal proceeding after the Complaint was filed. The proposed amendment will not delay these

---

[1] R. Docs. 40 & 42.

proceedings or prejudice any party. For these reasons, KeyBank respectfully submits that leave to amend is in the interest of justice and should be granted.

                Respectfully submitted,

*/s/ Brandon K. Black*
Brandon K. Black (#24298)
Susan M. Tyler (#18034)
Samantha A. Oppenheim (#38364)
Lauren F. Morrison (#40775)
**JONES WALKER LLP**
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8641
Fax: (504) 589-8641
bblack@joneswalker.com
styler@joneswalker.com
soppenheim@joneswalker.com
lmorrison@joneswalker.com

-and-

Curtis L. Tuggle (Ohio Bar #0078263)
(admitted *pro hac vice*)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, OH 44114
Telephone: (216) 566-5904
Curtis.Tuggle@thompsonhine.com

***Attorneys for KeyBank National Association***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion will be served on July 12, 2024 by email on counsel for the defendants and by mail to the addresses below:

| | | |
|---|---|---|
| Sheldon Gopstein<br>sg@gopsteinlaw.com | Mark S. Stein<br>mstein@lowestein.com | Gregory Marsiglia<br>gmarsiglia@lowestein.com |
| Lakewood Pointe Apts LLC<br>Through Registered Agent<br>VCORP Agent Services, Inc.<br>3867 Plaza Tower Dr. 1st Floor<br>Baton Rouge, LA 70816 | Moshe Silber<br>41 Powerder Horn Drive<br>Suffern, NY 10901-2426 | Fredrick Schulman<br>75 E.Long Hill Road<br>Briarcliff Manor, NY 10510 |

/s/ *Brandon K. Black*
Brandon K. Black

#102443219v1